Cuyahoga County Bar Association *v.* Boychuk.

[Cite as *Cuyahoga Cty. Bar Assn. v. Boychuk*
(1999), 86 Ohio St.3d 1214.]

(No. 96–2808—Submitted and decided August 9, 1999.)

For earlier case, see *Cuyahoga Cty. Bar Assn. v. Boychuk* (1997), 79 Ohio St.3d 93, 679 N.E.2d 1081.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.